**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**26-CR-20177-WILLIAMS/LETT**
CASE NO. _____

18 U.S.C. § 1512(c)(2)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

JOSS SACKLER,

    Defendant.

_____/

FILED BY_____**BM**_____D.C.

**May 5, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

Between on or about June 17, 2024, and on or about June 30, 2024, with the exact dates unknown to the United States Attorney, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSS SACKLER,**

did corruptly obstruct, influence, and impede an official proceeding, and attempt to do so, that is, frustrating and attempting to frustrate the ability of Homeland Security Investigations, an agency of the United States, to discover and collect evidence in relation to an official proceeding before a United States magistrate judge and an official grand jury proceeding in the Southern District of Florida, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSS SACKLER**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1512, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **26-CR-20177-WILLIAMS/LETT**_____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

JOSS SACKLER,

_____/
Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No)_____
Number of New Defendants_____
Total number of new counts_____

**Court Division** (select one)

- [x] Miami
- [ ] FTL
- [ ] Key West
- [ ] WPB
- [ ] FTP

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect:_____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____

7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge_____ Magistrate Case No._____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No____

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____

Elizabeth Hannah
Assistant United States Attorney
SDFL Court ID No.   A5503171

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   JOSS SACKLER

**Case No**: _____

Count #: 1

Obstruction of Justice

Title 18, United States Code, Section 1512(c)(2)
* **Max. Term of Imprisonment:** Twenty years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three Years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America        )
v.                              )        Case No. **26-CR-20177-WILLIAMS/LETT**
                                )
JOSS SACKLER,                   )
*Defendant*                     )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

WALTER NORKIN
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*