**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20177-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**JOSS SACKLER,**

     **Defendant.**

                                   /

**NOTICE OF APPEARANCE**

COMES NOW, Defendant JOSS SACKLER noticing this Honorable Court that the undersigned attorney is entering an appearance on Defendant's behalf in the above captioned case.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By:    /s/ *Walter Norkin*
        Walter M. Norkin, Esq.
        FL Bar No. 1022653
        100 SE Second Street, Ste. 3650
        Miami, Florida 33131
        Telephone:  305-359-6399
        Email: wnorkin@akrivislaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 5, 2026, the undersigned electronically filed the foregoing

document, Defendant's Notice of Appearance, with the Clerk of the Court using CM/ECF.


*/s/ Walter Norkin*
Walter Norkin