UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20177-WILLIAMS/LETT

UNITED STATES OF AMERICA

v.

JOSS SACKLER,

    Defendant.

_____ /

## FACTUAL PROFFER

The parties agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which Joss Sackler (the "Defendant") accepts as true and accurate:

In or about June 2024, U.S. Customs and Border Protection at Miami International Airport seized a box containing multiple boxes and bottles of prescription medications that were controlled substances. Thereafter, Homeland Security Investigations, an agency of the United States, initiated an investigation which, among other things, utilized grand jury proceedings in Miami, Florida, to determine the intended recipient of the controlled substances.

The Defendant learned of the seizure and deleted WhatsApp messages that revealed that she was the intended recipient of the controlled substance. The deleted communications were relevant evidence in the grand jury investigation.

The Defendant acted with an improper purpose when she deleted the messages. The Defendant's purpose was to impede and obstruct the official proceedings that resulted from the seizure.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for the charges against the Defendant. It does not include all of the facts concerning criminal activity alleged in the Information. The Defendant acknowledges that she is in fact guilty of the crime charged.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 5/6/26                By: _____ FOR
                           ELIZABETH HANNAH
                           ASSISTANT UNITED STATES ATTORNEY

Date: 5.6.26               By: _____
                           WALTER NORKIN
                           COUNSEL FOR THE DEFENDANT

Date: 5.6.26               By: _____
                           JOSS SACKLER
                           DEFENDANT