**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20177-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**JOSS SACKLER,**

      **Defendant.**

_____ /

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION TO PERMIT THE DEFENDANT TO ATTEND A FUNERAL ON JUNE 6, 2026

COMES NOW, Defendant Joss Sackler requesting, that the Court modify the conditions of supervision to allow Ms. Sackler to attend a funeral in Connecticut on June 6, 2026. The Defendant has conferred with the government and U.S. Probation, and neither party opposes this motion. In support of this motion, the Defendant states as follows:

1. The Defendant had an initial appearance and pled guilty to an Information on May 6, 2026, which charged the Defendant with obstruction of justice, in violation of 18 U.S.C. § 1512. Sentencing is set for August 19, 2026.

2. At the initial appearance, bond conditions imposed on the Defendant limited her travel to this District and the State of New York, with several additional, limited periods of permitted travel. However, the conditions do not permit Ms. Sackler to travel to Connecticut.

3. This request seeks the Court's permission for Ms. Sackler to travel to Connecticut on June 6, 2026, to attend a family funeral. If the Court permits, Ms. Sackler would leave New York on the morning of June 6, 2026, and return the same day.

4. The Defendant has conferred with U.S. Probation and the government regarding this request and neither party opposes it.

1

5.      For these reasons, the Defendant requests that the Court modify the conditions of supervision to allow Ms. Sackler to attend a funeral in Connecticut on June 6, 2026.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By:     /s/ *Walter Norkin*
Walter M. Norkin, Esq.
FL Bar No. 1022653
100 SE Second Street, Ste. 3650
Miami, Florida 33131
Telephone:  305-359-6399
Email: wnorkin@akrivislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Walter Norkin
Walter Norkin