May 18, 2026

Honorable Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

FILED BY _____ D.C.

MAY 2 6 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:  Case Number: 1:26-cr-20177-KMW

Dear Honorable Judge Williams:

"Hammer the abusers," Joss's father-in-law infamously stated.

In the name of justice, nothing about where her money came from to pay for what I am sure is a top-notch defense team has or even should have any bearing on your sentence but the irony cannot be ignored.

In the name of justice, I hope Joss receives the typical sentence of any fellow "abuser" whoever pleaded guilty to the same felony crime.

Respectfully,

Edward J. Bisch
Westampton, NJ
A grieving dad whose son was a victim of the Purdue Pharma lies.

EDWARD BISCH
166 E COUNTRY CLUB DR
WESTAMPTON, NJ 08060

SOUTH JERSEY PA

19 MAY 2026  PM 4   L

REC'D BY _____ D.C.

MAY 26 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Honorable Judge Kathleen Wil
Wilkie D. Ferguson Jr. U.S. Courthou
400 North Miami Ave.
Room 11-3
Miami FL 33128

33128-181038

CASE #: 1:26-cr-20177-KMW